

**U.S. Department of Justice**

Office of the United States Trustee

*District of Delaware*

---

*J. Caleb Boggs Federal Building*     (302) 573-6491
*844 King Street, Suite 2207, Lockbox 35  fax (302) 573-6497*
*Wilmington, DE  19801*

March 23, 2005

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE  19801

      RE:   *In re* **Woodworkers Warehouse, Inc.**
            **Case No. 04-cv-124**

Dear Judge Farnan:

      We are writing to advise Your Honor regarding the status of submission of one of the items of the designated record on appeal.

      At the time that we filed the designated record with the bankruptcy court after the above-captioned appeal was noticed, we had to obtain copies of certain transcripts that were not previously transcribed. The December 3, 2003 hearing transcript (the transcript of the "first day" hearing) was one of the transcripts which we sought to have transcribed. We sent the disk provided by the bankruptcy court to the court reporter to be transcribed, and the disk was returned to us because the relevant audio file was inaudible.

      Recently, it came to our attention that the problem was with the audio copy and <u>not</u> with the original audio file. We contacted counsel to the Liquidation Manager (the successor to the Debtor by confirmation) and advised counsel of our discovery. We also contacted Kronish, Lieb, Weiner & Hellmann LLP, proposed special counsel to the Debtor, regarding the issue.

      Briefing in the appeal has been completed. While we believe that neither party cited to the December 3, 2003 transcript in its briefs, we are in the process of having the December 3 hearing transcribed and expect to lodge the transcript with the Court within the next ten days.

The Honorable Joseph J. Farnan, Jr.<br>
March 23, 2005<br>
<u>Page 2 of 2</u>

Counsel is available if Your Honor has any questions.

> Respectfully,
>
> *[signature]*
>
> Joseph J. McMahon, Jr.
> Trial Attorney

JJM/jjm

cc: Frank J. Perch III, Assistant United States Trustee
    Donald J. Detweiler, Esquire
    Brent Weisenberg, Esquire