IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| WOODWORKERS WAREHOUSE, INC., | : | Bankruptcy Case No. 03-13655-JBR |
| Debtors. | : | |
| KELLY BEAUDIN STAPLETON, United States Trustee for Region 3, | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 04-124-JJF |
| WOODWORKERS WAREHOUSE, INC., | : | |
| Appellee. | : | |

**O R D E R**

At Wilmington, this 30 day of March 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the January 13, 2004 Order of the United States Bankruptcy Court for the District of Delaware appointing Kronish Lieb Weiner & Hellman LLP as special counsel to the Debtor to perform the services delineated therein is AFFIRMED.

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE