

**U.S. Department of Justice**

Office of the United States Trustee

*District of Delaware*

---

*J. Caleb Boggs Federal Building*         *(302) 573-6491*
*844 King Street, Suite 2207, Lockbox 35  fax (302) 573-6497*
*Wilmington, DE  19801*

May 2, 2005

Mr. Ronald Eberhardt
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 18
Wilmington, DE  19801

    RE:   <u>**Office of the United States Trustee, Bankruptcy Appeals**</u>

Dear Mr. Eberhardt:

    Thank you for meeting with representatives of our office today to discuss procedural issues related to electronic case filing implementation and our office's involvement in bankruptcy appeals.

    The United States Trustee is involved in the following appeals:

| <u>Case</u> | <u>Case No(s).</u> | <u>E-Mail Address(es) of Assigned Attorney(s)</u> |
|---|---|---|
| Woodworkers | 04-124 | joseph.mcmahon@usdoj.gov |
| ACandS, Inc. | 03-895 | richard.schepacarter@usdoj.gov<br>joseph.mcmahon@usdoj.gov |
| ITC Deltacom | 03-111 | richard.schepacarter@usdoj.gov<br>joseph.mcmahon@usdoj.gov |
| Acme Metals | 02-1669 | richard.schepacarter@usdoj.gov<br>joseph.mcmahon@usdoj.gov |
| Zenith | 00-399<br>99-747 | joseph.mcmahon@usdoj.gov |

Mr. Ronald Eberhardt
May 2, 2005
**Page 2 of 2**

    Per our discussion at today's meeting, we will file a notice of appearance in those bankruptcy appeals that we intend to participate in on a going-forward basis. Our understanding is that you will confirm that the above-referenced attorneys are "signed up" to receive ECF notices in the cases listed above. To the extent that we are listed as a party to any bankruptcy appeals that are not on the above list, we authorize the Clerk's office to remove the United States Trustee as a party to such appeals.

                              Sincerely,

                              Joseph J. McMahon, Jr.
                              Trial Attorney

JJM/jjm

cc:    Roberta A. DeAngelis, Assistant United States Trustee
        Frank J. Perch, III, Assistant United States Trustee
        Richard L. Schepacarter, Trial Attorney
        Bonnie A. Anemone, Paralegal