UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | |
| | : | Bankruptcy Case Number |
| WOODWORKERS WAREHOUSE, INC., | | 03-13655 (RB) |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| KELLY BEAUDIN STAPLETON, | : | |
| United States Trustee for Region 3, | | |
| | : | |
| Appellant | | |
| | : | |
| v. | | C.A. Number 04-124 (JJF) |
| | : | |
| WOODWORKERS WAREHOUSE, INC., | | |
| | : | |
| Appellee. | | |
| | : | |

**NOTICE OF APPEAL**

Kelly Beaudin Stapleton, United States Trustee for Region 3, by and through her counsel, appeals to the United States Court of Appeals for the Third Circuit from this Court's Memorandum Opinion and related Order which were issued and entered on March 30, 2005 (Docket Entry #s 17 (Opinion), 18 (Order)). The Memorandum Opinion and related Order affirmed the United States Bankruptcy Court for the District of Delaware's January 13, 2004 order which authorized the Debtor (Woodworkers Warehouse, Inc.) to employ Kronish Lieb Weiner & Hellman LLP as special counsel. A copy of the Memorandum and Order is attached to this Notice as Exhibit A.

The parties to the appeal and their counsel are listed below.

**KELLY BEAUDIN STAPLETON**
**UNITED STATES TRUSTEE FOR REGION 3**

Joseph J. McMahon, Jr., Esquire
United States Department of Justice
  Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
Phone:  (302) 573-6491
Fax:  (302) 573-6497


**THE BUCKLEY GROUP**
**LIQUIDATION MANAGER OF WW WAREHOUSE, INC.**

Donald J. Detweiler, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
Phone: (302) 421-6800
Fax: (302) 421-6813

    -and-

Irving E. Walker, Esquire
SAUL EWING LLP
100 South Charles Street
Baltimore, MD  21201-2773
Phone: (410) 332-8600
Fax:  (410) 332-8862

**KRONISH LIEB WEINER & HELLMANN LLP**

Lawrence C. Gottlieb, Esquire
KRONISH LIEB WEINER &
 HELLMAN LLP
1114 Avenue of the Americas
New York, NY  10036
Phone: (212) 479-6140
Fax:  (212) 479-6275

        Respectfully submitted,

        **KELLY BEAUDIN STAPLETON**
        **UNITED STATES TRUSTEE**


    **BY:** /s/ Joseph J. McMahon, Jr.
        Joseph J. McMahon, Jr., Esquire
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        J. Caleb Boggs Federal Building
        844 King Street, Room 2207, Lockbox 35
        Wilmington, DE  19801
        (302) 573-6491
        (302) 573-6497 (Fax)

Date:  May 24, 2005