UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | |
| | : | Bankruptcy Case Number |
| WOODWORKERS WAREHOUSE, INC., | | 03-13655 (RB) |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| KELLY BEAUDIN STAPLETON, | : | |
| United States Trustee for Region 3, | | |
| | : | |
| Appellant | | |
| | : | |
| v. | | C.A. Number 04-124 (JJF) |
| | : | |
| WOODWORKERS WAREHOUSE, INC., | | |
| | : | |
| Appellee. | | |
| | : | |

**NOTICE OF FILING OF DECLARATION RELATED TO AUDIO RECORDING OF
DECEMBER 3, 2003 BANKRUPTCY COURT HEARING**

PLEASE TAKE NOTICE that, on June 2, 2005, appellant Kelly Beaudin Stapleton, United States Trustee for Region 3 ("UST"), caused to be filed the declaration of Julie H. Parrack, a Certified Shorthand Reporter affiliated with Wilcox & Fetzer, a local reporting services firm (1330 King Street, Wilmington, Delaware), related to the audio recording of the Bankruptcy Court's December 3, 2003 hearing. The transcript of the December 3, 2003 hearing was previously designated as an item to be included in the record on appeal. The declaration is attached to this Notice as Exhibit A.

1

        Respectfully submitted,

        **KELLY BEAUDIN STAPLETON**
        **UNITED STATES TRUSTEE**


    **BY:** /s/ Joseph J. McMahon, Jr.
        Joseph J. McMahon, Jr., Esquire
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        J. Caleb Boggs Federal Building
        844 King Street, Room 2207, Lockbox 35
        Wilmington, DE  19801
        (302) 573-6491
        (302) 573-6497 (Fax)

Date:  June 2, 2005