# EXHIBIT A

June 1, 2005

I hereby declare and affirm that I was unable to accurately transcribe a December 3, 2003 hearing in Woodworker's Warehouse, Case No. 03-13655, due to poor audio quality.

Julie H. Parrack
Certified Shorthand Reporter
No. 102-RPR

State of Delaware
New Castle County

Sworn to and subscribed before me this 2nd day of June, 2005.

Notary Public