UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | |
| | : | Bankruptcy Case Number |
| WOODWORKERS WAREHOUSE, INC., | | 03-13655 (RB) |
| | : | |
| Debtor. | : | |

---

| | | |
|---|---|---|
| KELLY BEAUDIN STAPLETON,<br>  United States Trustee for Region 3, | : | |
| | : | |
| Appellant | | |
| | : | |
| v. | | C.A. Number 04-124 (JJF) |
| | : | |
| WOODWORKERS WAREHOUSE, INC., | | |
| | : | |
| Appellee. | | |
| | : | |

## CERTIFICATE OF SERVICE

    I certify that, on June 2, 2005, I caused to be served to the following persons copies of the United States Trustee's Notice of Filing of Declaration Related to Audio Recording of December 3, 2003 Bankruptcy Court Hearing via first class United States mail, postage prepaid.

Steven M. Yoder, Esquire
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
Fax: (302) 658-6395

Donald J. Detweiler, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
Fax: (302) 421-6813

Lawrence C. Gottlieb, Esquire
KRONISH LIEB WEINER &
  HELLMAN LLP
1114 Avenue of the Americas
New York, NY  10036
Fax:  (212) 479-6275

Irving E. Walker, Esquire
SAUL EWING LLP
100 South Charles Street
Baltimore, MD  21201-2773
Fax:  (410) 332-8862

David E. Wilks, Esquire
BUCHANAN INGERSOLL P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Fax: (302) 428-3996

Louis T. DeLucia, Esquire
BUCHANAN INGERSOLL P.C.
700 Alexander Park
Suite 300
Princeton, NJ 08540
Fax: (609) 520-0360

      /s/ Joseph J. McMahon, Jr.
         Joseph J. McMahon, Jr.