UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | |
| | : | Bankruptcy Case Number |
| WOODWORKERS WAREHOUSE, INC., | | 03-13655 (RB) |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| KELLY BEAUDIN STAPLETON, | : | |
| United States Trustee for Region 3, | | |
| | : | |
| Appellant | | |
| | : | |
| v. | | C.A. Number 04-124 (JJF) |
| | : | |
| WOODWORKERS WAREHOUSE, INC., | | |
| | : | |
| Appellee. | | |
| | : | |

## *SUPPLEMENTAL* CERTIFICATE OF SERVICE

I certify that, on June 2, 2005, I caused to be served to the following person a copy of the United States Trustee's Notice of Appeal from this Court's March 30, 2005 Memorandum Opinion and Order via first class United States mail, postage prepaid.

David E. Wilks, Esquire
BUCHANAN INGERSOLL P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE  19801-1236
Fax:  (302) 428-3996


    /s/ Joseph J. McMahon, Jr.
        Joseph J. McMahon, Jr.