UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | |
| WOODWORKERS WAREHOUSE, INC., | : | Bankruptcy Case Number 03-13655 (RB) |
| | : | |
| Debtor. | : | |
| | | |
| KELLY BEAUDIN STAPLETON, United States Trustee for Region 3, | : | |
| | : | |
| Appellant | : | |
| v. | : | C.A. Number 04-124 (JJF) |
| WOODWORKERS WAREHOUSE, INC., | : | |
| | : | |
| Appellee. | : | |

**UNITED STATES TRUSTEE'S STATEMENT OF THE ISSUE
TO BE PRESENTED ON APPEAL AND DESIGNATION OF THE RECORD
(RELATED TO DOCKET ENTRY # 20)**

Kelly Beaudin Stapleton, United States Trustee for Region 3 ("UST"), by and through her counsel, submits the following statement of the issue to be presented on appeal from this Court's Memorandum Opinion and related Order which were issued and entered on March 30, 2005 (Docket Entry #s 17 (Opinion), 18 (Order)). The UST also designates the following items to be included in the record on appeal:

A.   <u>Statement of the Issue to be Presented on Appeal</u>

In affirming the Bankruptcy Court's order which granted Woodworkers Warehouse, Inc.'s (the "Debtor") application to employ Kronish Lieb Weiner & Hellman LLP ("Kronish Lieb") as special counsel, did the District Court err in permitting Kronish Lieb to be employed pursuant to 11 U.S.C. § 327(e) to represent the Debtor in, *inter alia*, (1) obtaining use of cash collateral, (2) selling substantially all of the debtor's assets pursuant to section 363 of the Bankruptcy Code, (3) preparing a "key employee retention program" ("KERP"), and (4) prosecuting the KERP motion before the Bankruptcy Court, as such services

constitute "represent[ing] the trustee [i.e., the debtor in possession] in conducting the case?"

B.  Designation of the Record on Appeal

- With the exception of the transcript of the hearing held before the Bankruptcy Court on December 3, 2003,[1] all documents that were previously designated as part of the record on appeal. The list of such documents, and the corresponding docket number assigned to such documents on the Bankruptcy Court's docket, is attached as Exhibit A and incorporated herein.

- All documents filed with the District Court in connection with the above-captioned matter. A copy of the District Court's docket is attached as Exhibit B and incorporated herein.

                                              Respectfully submitted,

                                              **KELLY BEAUDIN STAPLETON**
                                              **UNITED STATES TRUSTEE**

                                **BY:** /s/ Joseph J. McMahon, Jr.
                                      Joseph J. McMahon, Jr., Esquire
                                      Trial Attorney
                                      United States Department of Justice
                                      Office of the United States Trustee
                                      J. Caleb Boggs Federal Building
                                      844 King Street, Room 2207, Lockbox 35
                                      Wilmington, DE  19801
                                      (302) 573-6491
                                      (302) 573-6497 (Fax)

Date:  June 2, 2005

---

[1] The Office of the United States Trustee has been advised by a local transcription service that it cannot produce a transcript of the December 3, 2003 hearing due to poor audio quality. The Office of the United States Trustee has lodged a notarized declaration with this Court from a certified shorthand reporter which attests to this difficulty.

2