**EXHIBIT B**

APPEAL

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00124-JJF

| | |
|---|---|
| In Re: WoodworkersWarehouse, et al v. | Date Filed: 02/27/2004 |
| Assigned to: Honorable Joseph J. Farnan, Jr. | Jury Demand: None |
| Demand: $0 | Nature of Suit: 422 Bankruptcy Appeal (801) |
| Cause: 28:0158 Bankruptcy Appeal from Judgment/Order | Jurisdiction: Federal Question |

**Debtor**

Woodworkers Warehouse, Inc.       represented by **Steven Michael Yoder**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellant**

U.S. Trustee Kelly Beaudin Stapleton      represented by **Joseph J. McMahon, Jr.**
Office of the United States Trustee
844 King Street, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
Fax: (302) 573-6497
Email: joseph.mcmahon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

Woodworkers Warehouse, Inc.      represented by **Steven Michael Yoder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 02/27/2004 | 1 | NOTICE OF APPEAL by Roberta A. DeAngelis of the Order of the Bankruptcy Court entered on 1/13/04 by the Honorable J.B. Rosenthal. Fee Status: exempt (dab) (Entered: 03/01/2004) |
| 02/27/2004 | 2 | DESIGNATION, Designated Record and Statement of issues by Roberta A. DeAngelis of record on appeal (binder w/items 1-25) (dab) (Entered: 03/01/2004) |
| 02/27/2004 | 3 | DESIGNATED Record by Roberta A. DeAngelis of record on appeal (binder w/items 26-52) (dab) (Entered: 03/01/2004) |
| 02/27/2004 | 4 | NOTICE of docketing bankruptcy record on appeal. Appellant's brief due 3/15/04 for Roberta A. DeAngelis (dab) (Entered: 03/01/2004) |
| 03/10/2004 | 5 | CASE assigned to Judge Joseph J. Farnan Jr. . Notice to all parties. (rjb) (Entered: 03/10/2004) |
| 03/11/2004 | 6 | LETTER to Court from Joseph McMahon, Jr. re: encl. pro. exe. stip. and order memorializing agreement. (afb) (Entered: 03/12/2004) |
| 03/11/2004 | 7 | STIPULATION with proposed order Regarding Briefing Sched. that (1) the UST shall file and serve her initial brf. by 03/22/04; (2) The Debtor shall file and serve its brief within 22 dyas after svc. of the UST's initial brf.; (3) Faxed sign. shall be valid and eff. subs. for orig. sign. (afb) (Entered: 03/12/2004) |
| 03/15/2004 | | So Ordered granting [7-1] stipulation ( signed by Judge Joseph J. Farnan Jr. ) *Notice to all parties.* (afb) (Entered: 03/16/2004) |
| 03/15/2004 | | Deadline updated; set Notice of Compliance deadline to 3/22/04 for UST to file her initial brf. per DI #7. (afb) (Entered: 03/16/2004) |
| 03/22/2004 | 8 | Appellant's Opening BRIEF by Roberta A. DeAngelis . Appellee's brief due 4/6/04 for WoodworkersWarehouse (afb) (Entered: 03/23/2004) |
| 04/13/2004 | 9 | Appellee's Answering BRIEF by WoodworkersWarehouse . Appellant's reply brief due 4/23/04 for Roberta A. DeAngelis (afb) (Entered: 04/14/2004) |
| 04/26/2004 | 10 | Appellant's REPLY BRIEF by Roberta A. DeAngelis . (afb) (Entered: 04/27/2004) |
| 04/27/2004 | 11 | NOTICE of Completion of Briefing and Request for Oral Argument on the Appeal by WoodworkersWarehouse (afb) (Entered: 04/28/2004) |
| 07/09/2004 | 12 | NOTICE of Filing of Supplemental Record Items by Roberta A. DeAngelis. A copy of the June 15 order of the U.S. Bankruptcy ct. is attached as Exh. A. (afb) (Entered: 07/12/2004) |
| 07/09/2004 | 13 | Supplemental Record Items 53-59 Filed by Roberta A. DeAngelis (afb) (Entered: 07/12/2004) |
| 02/01/2005 | 14 | LETTER to the Court from Joseph McMahon, Jr. re: encl. Ntc. of Substitution of Appellant (DI #15). (afb) (Entered: 02/02/2005) |

| | | |
|---|---|---|
| 02/01/2005 | 15 | NOTICE of Substitution of Appellant by Joseph McMahon, Jr., Esq. that Kelly Beaudin Stapleton, United States Trustee, should be substituted for Roberta A. DeAngelis, Acting United States Trustee, as the Appellant in the above-captioned case. (afb) (Entered: 02/02/2005) |
| 03/23/2005 | 16 | Letter to The Court from Joseph J. McMahon, Jr. advising the Court regarding the status of submission of one of the items of the designated record on appeal.(afb, ) (Entered: 03/24/2005) |
| 03/30/2005 | 17 | MEMORANDUM OPINION re: DI #18. Signed by Judge Joseph J. Farnan, Jr. on 03/30/05. (afb, ) (Entered: 03/30/2005) |
| 03/30/2005 | 18 | ORDER that the January 13, 2004 Order of the USBC for the District of Delaware appointing Kronish Lieb Weiner & Hellman LLP as special counsel to the Debtor to perform the services delineated therein is AFFIRMED. Signed by Judge Joseph J. Farnan, Jr. on 03/30/05. (afb, ) (Entered: 03/30/2005) |
| 03/30/2005 | | CASE CLOSED per DI #17 and #18. (afb, ) (Entered: 03/30/2005) |
| 05/02/2005 | 19 | Letter to Clerk, U.S. District Court from Office of U.S. Trustee - DE, regarding ECF Procedures pertaining to U.S. Trustee. (rbe, ) (Entered: 05/02/2005) |
| 05/24/2005 | 20 | NOTICE OF APPEAL of 17 Opinion, 18 Order, *Affirming Bankruptcy Court Order Dated 1/13/04 Granting Debtor's Application to Employ Kronish Lieb Weiner & Hellmann LLP as Special Counsel.* Appeal filed by Kelly Beaudin Stapleton. Time of Filing: 2:47 P.M.. (Attachments: # 1 Exhibit A --- 3/30/05 Memorandum Opinion, Order# 2 Certificate of Service)(McMahon, Joseph) (Entered: 05/24/2005) |
| 06/01/2005 | 21 | NOTICE of Docketing from USCA for the Third Circuit for 20 Notice of Appeal filed by Kelly Beaudin Stapleton. USCA Case Number: 05-2683. USCA Case Manager: Aina Laws. (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF)(ai) (Entered: 06/01/2005) |
| 06/02/2005 | 22 | DECLARATION *Notice of Filing of Declaration Related to Audio Recording of December 3, 2003 Bankruptcy Court Hearing* by Kelly Beaudin Stapleton. (Attachments: # 1 Exhibit A -- Declaration of Julie H. Parrack# 2 Certificate of Service)(McMahon, Joseph) (Entered: 06/02/2005) |
| 06/02/2005 | 23 | CERTIFICATE OF SERVICE of Notice of Appeal by Kelly Beaudin Stapleton re 20 Notice of Appeal (Third Circuit), Notice of Appeal (Third Circuit) (McMahon, Joseph) (Entered: 06/02/2005) |

| PACER Service Center | |
|---|---|
| **Transaction Receipt** | |
| 06/02/2005 11:44:11 | |

| PACER Login: | us5663 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:04-cv-00124-JJF Start date: 1/1/1970 End date: 6/2/2005 |
| Billable Pages: | 2 | Cost: | 0.16 |