UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | |
| | : | Bankruptcy Case Number |
| WOODWORKERS WAREHOUSE, INC., | | 03-13655 (RB) |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| KELLY BEAUDIN STAPLETON,<br>United States Trustee for Region 3, | : | |
| | : | |
| Appellant | | |
| | : | |
| v. | | C.A. Number 04-124 (JJF) |
| | : | |
| WOODWORKERS WAREHOUSE, INC., | | |
| | : | |
| Appellee. | | |
| | : | |

**NOTICE OF FILING AND SERVICE OF COMPLETED
TRANSCRIPT PURCHASE ORDER
(RELATED TO DOCKET ENTRY # 20)**

    PLEASE TAKE NOTICE that, on June 2, 2005, appellant Kelly Beaudin Stapleton, United States Trustee for Region 3 ("UST"), caused to be filed the completed Transcript Purchase Order related to her appeal from this Court's Memorandum Opinion and related Order which were issued and entered on March 30, 2005 (Docket Entry #s 17 (Opinion), 18 (Order)).  A copy of the Purchase Order is attached as Exhibit A.  A copy of this Notice, together with the copy of the Purchase Order, was served on June 2, 2005 via first class United States Mail upon the parties listed on the attached Certificate of Service.

       Respectfully submitted,

       **KELLY BEAUDIN STAPLETON**
       **UNITED STATES TRUSTEE**


      **BY:** /s/ Joseph J. McMahon, Jr.
          Joseph J. McMahon, Jr., Esquire
          Trial Attorney
          United States Department of Justice
          Office of the United States Trustee
          J. Caleb Boggs Federal Building
          844 King Street, Room 2207, Lockbox 35
          Wilmington, DE  19801
          (302) 573-6491
          (302) 573-6497 (Fax)

Date:  June 2, 2005