UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X

In re:

WOODWORKERS WAREHOUSE, INC.,

        Debtor.

Chapter 11

Case No.: 03-13655 (JBR)

------------------------------------------------------------ X

KELLY BEAUDIN STEPLETON,
United States Trustee for Region 3,

        Appellant,
v.

WOODWORKERS WAREHOUSE, INC.,

        Appellee.

Case No. 04-124 (JJF)

------------------------------------------------------------ X

### APPELLEES' COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD

Pursuant to Rule 6(b) of the Federal Rules of Appellate Procedure, appellees WW Warehouse, Inc. (f/k/a Woodworkers Warehouse, Inc.) (the "Appellee"), by its undersigned counsel, submits the following counter-designation of items to be included in the record for the appeal filed by Kelly Beaudin Stapleton, United States Trustee for Region 3 ("Appellant") from the District Court's Memorandum Opinion and related Order which were issued and entered on March 30, 2005.

### Counter-Designation of Record on Appeal

In addition to the items designated by the Appellant to be included in the record on

591158v1
KRONISHLIEB 610470v1

appeal, the Appellee designates the following:[1]

1. *First Application Of Kronish Lieb Weiner & Hellman LLP, Special Counsel To The Debtor, For Interim Compensation And Reimbursement Of Expenses For The Period December 2, 2003 Through March 31, 2004* (Docket No. 358);

2. *Order Granting First Application Of Kronish Lieb Weiner & Hellman LLP, Special Counsel To The Debtor, For Interim Compensation And Reimbursement Of Expenses For The Period December 2, 2003 Through March 31, 2004* (Docket No. 414);

3. *Joint Plan Of Liquidation Of WW Warehouse, Inc., f/k/a Woodworkers Warehouse, Inc.* (Docket No. 373);

4. *[Proposed] Disclosure Statement Of The Debtor And The Official Committee Of Unsecured Creditors' Joint Plan Of Liquidation Of WW Warehouse, Inc., f/k/a Woodworkers Warehouse, Inc.* (Docket No. 374);

5. *Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Entry of an Order: (A) Approving Proposed Disclosure Statement and Other Plan Voting and Solicitation Materials, Solicitation Procedures, Voting Rules and Tabulation Procedures; (B) Establishing Ballot Submission Deadline; (C) Setting Hearing on Confirmation of the Plan; (D) Establishing Deadlines for Filing Objections to Confirmation of the Plan and Responses to Any Such Objections* (Docket No. 375);

6. *First Amended Joint Plan Of Liquidation Of WW Warehouse, Inc., f/k/a Woodworkers Warehouse, Inc.* (Docket No. 419);

7. *First Amended Disclosure Statement Of The Debtor And The Official Committee Of Unsecured Creditors' Joint Plan Of Liquidation Of WW Warehouse, Inc., f/k/a Woodworkers Warehouse, Inc.* (Docket No. 420);

8. *Disclosure Statement -- Executive Summary Of First Amended Joint Plan Of Liquidation Of WW Warehouse, Inc., f/k/a Woodworkers Warehouse, Inc.* (Docket No. 421);

9. *Notice Of (I) Approval Of First Amended Disclosure Statement And (II) Establishing (A) Hearing For Confirmation Of The Plan, (B) Procedures For Objecting To Confirmation Of The Plan And (C) Procedures And Deadline For Voting On The Plan* (Docket No. 422);

10. *First Omnibus Objection Of Debtor To Gift Certificate Claims (Substantive)* (Docket No. 435);

11. *Second Omnibus Objection Of Debtor To Certain Claims (Non -Substantive)* (Docket No. 436);

---

[1] The number in parentheses following each item below is the number assigned to the item on the Bankruptcy Court's docket.

12.   *Third Omnibus Objection Of The Debtor To Certain Claims (Substantive)* (Docket No. 437);

13.   *Fourth Omnibus Objection Of The Debtor To Certain Trend-Line Claims (Substantive) And To Allow Certain Trend-Lines Claims Not Paid Pursuant To Previous Bankruptcy* (Docket No. 438);

14.   *Motion Of Debtor For Leave Of Local Rule 3007-1 Pertaining To Substantive Omnibus Claims Objections* (Docket No. 439);

15.   *Motion Of Debtor For Entry Of An Order Authorizing The Rejection Of An Agreement With Iron Mountain Pursuant To Section 365(A) Of The Bankruptcy Code Effective As Of June 30, 2004, And The Abandonment Of Related Business Records* (Docket No. 460);

16.   *Motion Of WW Warehouse, Inc., f/k/a Woodworkers Warehouse, Inc. For Approval Of Settlement Agreement With WMH Tool Group, Inc.* (Docket No. 492);

17.   *Memorandum Of Law In Support Of Releases Contained In Second Amended Joint Plan Of Liquidation Of WW Warehouse, Inc., f/k/a Woodworkers Warehouse, Inc.* (Docket No. 494);

18.   *Motion Of WW Warehouse, Inc., f/k/a Woodworkers Warehouse, Inc., For Approval Of Settlement Agreement With Shoppers Charge Accounts Co.* (Docket No. 499);

19.   *Second Amended Joint Plan Of Liquidation Of WW Warehouse, Inc., f/k/a Woodworkers Warehouse, Inc.* (Docket No. 500);

20.   *Fifth Omnibus Objection Of The Debtor To Certain Claims (Substantive)* (Docket No. 503);

21.   *Sixth Omnibus Objection Of The Debtor To Certain Claims (Non-Substantive)* (Docket No. 504);

22.   *Order Confirming Second Amended Joint Plan Of Liquidation Of WW Warehouse, Inc., f/k/a Woodworkers Warehouse, Inc., As Amended* (Docket No. 520);

23.   *Second Interim And Final Fee Application Of Kronish Lieb Weiner & Hellman LLP, Special Counsel To The Debtor, For Interim And Final Compensation And Reimbursement Of Expenses For The Period From April 1, 2004 Through August 10, 2004 And For The Period From December 2, 2003 Through August 10, 2004, Respectively* (Docket No. 621); and

24.   *Stipulation And Order Granting Second Interim And Final Fee Application Of Kronish Lieb Weiner & Hellman LLP, Special Counsel To The Debtor, For Interim And Final Compensation And Reimbursement Of Expenses For The Period From April 1, 2004 Through August 10, 2004 And For The Period From December 2, 2003 Through August 10, 2004, Respectively* (Docket No. 660).

                Respectfully Submitted,

                WW WAREHOUSE, INC., f/k/a
                WOODWORKERS WAREHOUSE, INC.

Dated: June 14, 2005

                THE BAYARD FIRM

By: _____
     GianClaudio Finizio (No. 4253)
     222 Delaware Avenue, Suite 900
     Wilmington, Delaware 19801
     (302) 655-5000

    and

By: /s/ Ronald R. Sussman
     KRONISH LIEB WEINER & HELLMAN LLP
     Ronald R. Sussman (RS 0641)
     Brent Weisenberg (BW 7107)
     1114 Avenue of the Americas
     New York, New York 10036
     (212) 479-6000
     (212) 479-6275 (fax)