UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------X

In re:

WOODWORKERS WAREHOUSE, INC.,

    Debtor.

Chapter 11

Case No.: 03-13655 (JBR)

-----------------------------------------------------------------X

KELLY BEAUDIN STEPLETON,
United States Trustee for Region 3,

    Appellant,

v.

WOODWORKERS WAREHOUSE, INC.,

    Appellee.

Case No. 04-124 (JJF)

-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I GianClaudio Finizio, certify that, on June 14, 2005, I caused to be served to the following persons copies of *Appellees' Counter-Designation Of Additional Items To Be Included In The Record* via first class United States mail, postage prepaid.

Joseph J. McMahon, Jr.
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
Fax: (302) 573-6497

P. Matthew Sutko
United States Department of Justice – Executive Office for United States Trustees
Office of the General Counsel
20 Massachusetts Avenue N.W., Suite 8000
Washington, D.C. 20530
Fax: (202) 307-2397

591161v1

KRONISHLIEB 611835v1

Larry E. Wahlquist
United States Department of Justice – Executive Office for United States Trustees
Office of the General Counsel
20 Massachusetts Avenue N.W., Suite 8000
Washington, D.C. 20530
Fax: (202) 307-2397

Steven M. Yoder
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Fax: (302) 658-6395

Donald J. Detweiler
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Fax: (302) 421-6813

Irving E. Walker
SAUL EWING LLP
100 South Charles Street
Baltimore, MD 21201-2773
Fax: (410) 332-8862

David E. Wilks
BUCHANAN INGERSOLL P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Fax: (302) 428-3996

Louis T. DeLucia
BUCHANAN INGERSOLL P.C.
700 Alexander Park
Suite 300
Princeton, NJ 08540
Fax: (609) 520-0360

Dated: June 14, 2005

                                                    GianClaudio Finizio (No. 4253)
                                                    The Bayard Firm
                                                    222 Delaware Avenue, Suite 900
                                                    Wilmington, Delaware 19801
                                                    (302) 655-5000